190628

MN, ND-305
(5/94)

4/30/10

KLH

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Edward John Devaan

Chapter 7 Case No. 08-44133

Please Check One:

_____ Unclaimed Dividends

___✓___ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| PYOD LLC its successors & assigns as assignee of Citibank Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | 2 | 267.56 | 4.30 |
| Capital Recovery IL<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | 8 | 163.24 | 2.62 |

6.92

Dated: May 10, 2010

Randall L. Seaver, Trustee

# RANDALL L. SEAVER
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone: (952) 890-0888
Facsimile (952) 890-0244

May 10, 2010

Office of the Clerk
ATTN: Kristi
U.S. Bankruptcy Court
300 South Fourth Street, Suite 301
Minneapolis, MN 55415

RE:   Edward John Devaan
      BKY No. 08-44133

Dear Kristi:

Per your voice mail, enclosed for filing in the above matter is the corrected MN Form 305 regarding Distributions Less than $5. Sorry for the mix-up.

Very truly yours,

Kari L. Fogarty
Assistant to Randall L. Seaver
Trustee
*klfogarty@fullerseaverramette.com*

:klf
Enclosure
cc:   United States Trustee